IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Board of Governors of the Federal Reserve System<br><br>　　　　Plaintiff<br><br>　v.<br><br>Janard Smith<br>　　　　Defendant | No. 1:23-cv-02747<br>(Judge Dabney L. Friedrich) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S AFFIDAVIT FOR ATTORNEY FEES**

Defendant Janard Smith, by and through undersigned counsel, respectfully submits this Opposition to Plaintiff's request for attorney fees and expenses in the amount of $8,569.46, and in support thereof states as follows:

1. While the Court has ruled against Defendant in this matter, Defendant reasonably believes that his departure and resignation from the Board of Governors of the Federal Reserve System were predicated upon misleading circumstances.

2. At the time of his departure from the Board, Defendant was experiencing the loss of his father and a significant period of depression, which impacted his judgment and circumstances surrounding this matter.

3. Defendant's defense was presented in good faith, without intent to delay or burden the proceedings.

4. The imposition of attorney fees under these circumstances would create an undue hardship and is unwarranted given the Defendant's sincere and legitimate belief in the merits of his defense.

WHEREFORE, Defendant respectfully requests that this Court dismiss Plaintiff's request for attorney fees and expenses in the amount of $8,569.46 and grant such other and further relief as this Court deems just and proper.

> Respectfully submitted,
>
> _/s/_
> Albert Amissah
> D.C. Bar 1047610
> AMISSAH & MARSH LAW FIRM
> 6305 Ivy Lane, suite 240
> Greenbelt, MD, 20770
> (703) 655-9148
> ajamissahlegal@gmail.com
>
> *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31th day of January, 2025, a copy of the foregoing Opposition was to Plaintiff via PACER.

> _/s/_
> Albert Amissah